UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYSHAWN RICHARDS,<br><br>        Petitioner,<br><br>    v.<br><br>TONY HEDGPETH, Warden,<br><br>        Respondent. | No. CV 08-1127-PA (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 19, 2011

                                              HONORABLE PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE