UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYSHAWN RICHARDS, | ) | No. CV 08-1127-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the amended petition in this matter is denied and dismissed with prejudice.

DATED: May 19, 2011

                                        HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE